UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KADON MCLAUGHLIN,

             Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

             Defendant.

Case No. 1:25-cv-01315-KES-CDB (SS)

ORDER ON STIPULATION EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT

(Doc. 13)

Pending before the Court is Plaintiff Kadon Mclaughlin's stipulated request to extend the deadline to file a motion for summary judgment, from March 6, 2026, through and including April 3, 2026. (Doc. 13). This is Plaintiff's second request for an extension. *See* (Doc. 11). In support, the parties represent that Plaintiff's counsel has eight briefs due during the weeks of February 23 and March 2, 2026, and requires additional time to brief the issues in this action. (Doc. 13 at 2).

For good cause shown, it is HEREBY ORDERED that Plaintiff shall file the motion for summary judgment no later than **April 3, 2026**. The opposition and optional reply shall be filed in accordance with the Court's scheduling order. (Doc. 5).

IT IS SO ORDERED.

Dated:   **February 27, 2026**

                              UNITED STATES MAGISTRATE JUDGE