**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

KADON MCLAUGHLIN,

Plaintiff,

v.

FRANK BISIGNANO, Commissioner of Social Security[1],

Defendant.

Case No. 1:25-cv-01315 KES SKO

ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATIONS, GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, DENYING DEFENDANT'S REQUEST TO AFFIRM, AND REMANDING PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT

Docs. 16, 19, 21

Kadon Mclaughlin seeks judicial review of an administrative decision denying her application for supplemental security income under Title XVI of the Social Security Act. Doc. 1; Doc. 16. The magistrate judge found the administrative law judge ("ALJ") "did not adequately address… Plaintiff's moderate limitations in persistence capacities and social interactions." Doc. 21 at 7. The magistrate judge found the residual functional capacity was not supported by substantial evidence. *Id.* at 7, 8–13. The magistrate judge found that this error was not harmless and that remand was appropriate for an ALJ to make additional findings related to the medical

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano is substituted as the defendant in this suit.

evidence. *Id.* at 13–14. The magistrate judge recommended that the Court grant Plaintiff's motion for summary judgment, remand for further proceedings, and enter judgment in favor of Plaintiff. *Id.* at 14–15.

On June 12, 2026, the Court served the findings and recommendations on the parties and informed them that any objections were due within 14 days. Doc. 21 at 15. The Court advised the parties that the "failure to file objections within the specified time may result in the waiver of certain rights on appeal." *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014)). Neither party filed objections, and the time to do so has passed.

Pursuant to 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis. Thus, the Court ORDERS:

1. The findings and recommendations dated June 12, 2026 (Doc. 21) are ADOPTED.
2. Plaintiff's motion for summary judgment (Doc. 16) is GRANTED.
3. Defendant's cross-motion to affirm the administrative decision (Doc. 19) is DENIED.
4. The final decision of the Commissioner of Social Security is REVERSED.
5. The matter is REMANDED for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g), consistent with the Court's findings.
6. The Clerk of Court is directed to terminate pending motions; enter judgment in favor of Plaintiff Kadon Mclaughlin and against defendant Frank Bisignano, Commissioner of Social Security; and close this case.

IT IS SO ORDERED.

Dated: July 27, 2026

UNITED STATES DISTRICT JUDGE